IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND MATHIS, #140252, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACT. NO. 1:20-cv-768-ECM |
| | ) |
| D.P.O. BROOKS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On September 30, 2020, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that as follows:

1. the Recommendation of the Magistrate Judge is ADOPTED;

2. the motion to proceed *in forma pauperis* (doc. 2) is DENIED;

3. this case is DISMISSED without prejudice for the Plaintiff's failure to pay the full filing and administrative fees upon the initiation of this case.

A separate Final Judgment will be entered.

Done this 18th day of December, 2020.

                                         /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE